**Nicholas QUEEN, Petitioner–Appellant,**

v.

**Warden Darlene DREW, Warden, FCI Bennettsville, Respondent–Appellee.**

No. 12–6228.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 7, 2012.

Decided: May 23, 2012.

Nicholas Queen, Appellant Pro Se.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas James Queen, Sr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Queen v. Drew,* No. 2:11–cv–02573–TMC, 2012 WL 104536 (D.S.C. Jan. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*